450 A.2d 1055

Est. of Louise E. Fischer Dec'd.

Appeal of Kidney Foundation of Southeastern Pennsylvania.

Petition for Allowance of Appeal
Denied Dec. 22, 1982.

Argued November 17, 1981. Abraham M. Mora, for appellant; Paul E. Bomze, for appellee; Mercer D. Tate, for participating parties.

Before CERCONE, P. J., McEWEN and HOFFMAN, JJ.

We affirm the en banc order of the Court of Common Pleas of Montgomery County which dismissed the exceptions of the appellant and adopted the adjudication of the learned Judge Alfred L. Taxis, Jr.